IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD C. KELLER, | No. 4:22-CV-00013 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SIERRA-CEDAR, LLC, | |
| Defendant. | |

## ORDER

### OCTOBER 11, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Sierra-Cedar's Motion to Dismiss (Doc. 11) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **DENIED** as to Count I;

2. Count II of Keller's Complaint is **DISMISSED WITHOUT PREJUDICE**. If Keller elects to plead over on Count II, he must file an amended pleading by October 25, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge