IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD C. KELLER, | No. 4:22-CV-00013 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SIERRA-CEDAR, LLC, | |
| Defendant. | |

## ORDER

**JANUARY 30, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 40) is **GRANTED**;

2. Final Judgment is entered in favor of Sierra-Cedar, LLC and against Edward C. Keller; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge